IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3003 |
| vs. | ORDER |
| CALVIN DUGAN, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing (filing 49) is granted.

2. Defendant Calvin Dugan's sentencing is continued to October 25, 2018, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 19th day of September, 2018.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge